BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
Telephone:  415-977-825
Facsimile:  415-744-0134
E-Mail:  Jennifer.Tarn@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE DRAPER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:13-CV-01039-SMS<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 60 days to respond to Plaintiff's confidential letter brief.  There is good cause for this extension.  Defendant respectfully requests this extension due to the unexpected and prolonged absence of previous Defendant's assigned counsel due to health reasons, and new Defendant's assigned counsel's recent assignment to this matter.

1- Stipulation and Proposed Order for a First Extension of Time

The current due date is January 27, 2014.  The new due date will be March 28, 2014.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                Respectfully submitted,

Dated: January 27, 2014                /s/ *Cyrus Safa*
                                        (By email authorization on January 27, 2014)
                                        CYRUS SAFA
                                        Attorney for Plaintiff

Dated: January 27, 2014                BENJAMIN B. WAGNER
                                        United States Attorney

                          By:    /s/ *Jennifer Lee Tarn*
                                        JENNIFER LEE TARN
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

<u>ORDER</u>

      APPROVED AND SO ORDERED.

DATED:  1/28/2014                  /s/ SANDRA M. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE